# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>Official Caption</u>[1]

2013-1404

GUANGDONG WIREKING HOUSEWARES & HARDWARE CO., LTD.,

Plaintiff-Appellant,

and

BUREAU OF FAIR TRADE FOR IMPORTS & EXPORTS,
MINISTRY OF COMMERCE, PEOPLE'S REPUBLIC OF CHINA,

Plaintiff,

v.

UNITED STATES,

Defendant-Appellee,

and

NASHVILLE WIRE PRODUCTS, INC. and
SSW HOLDING COMPANY, INC.,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no. 09-CV-0422, Senior Judge Nicholas Tsoucalas.

<u>Authorized Abbreviated Caption</u>[2]

GUANGDONG WIREKING HOUSEWARES V US, 2013-1404

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.